**IT IS SO ORDERED.**

s/*Pamela A. Barker*  11/30/21
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ARTHUR MUNGER, | ) CASE NO. 1:21-CV-00066-PAB |
| | ) |
| Plaintiff, | ) JUDGE PAMELA A. BARKER |
| | ) |
| vs. | ) |
| | ) **STIPULATED DISMISSAL WITH** |
| | ) **PREJUDICE** |
| CHROMAFLO TECHNOLOGIES, ET AL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties hereby stipulate to the dismissal of the instant action with prejudice, with each party to bear his or its own costs of this action. This Court will retain jurisdiction to enforce the settlement agreement agreed to by the parties. There shall be no award of attorney fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian D. Spitz* | */s/ Richard E, Hepp* |
| BRIAN D. SPITZ (0068816) | PETER N. KIRSANOW (0034196) |
| **SPITZ** | RICHARD E. HEPP (0090448) |
| 25825 Science Park Dr., Suite 200 | **Benesch, Friedlander, Coplan & Aronoff LLP** |
| Beachwood, OH 44122 | 200 Public Square, Suite 2300 |
| Telephone: (216) 291-4744 | Cleveland, OH 44114-2378 |
| Facsimile: (216) 291-5744 | Telephone: 216.363.4500 |
| Email: brian.spitz@spitzlawfirm.com | Facsimile: 216.363.4588 |
| | Email: pkirsanow@beneschlaw.com |
| | rhepp@beneschlaw.com |
| *Attorney for Plaintiff Arthur Munger* | *Attorneys for Defendants Chromaflo Technologies, et al.* |